# EXHIBIT B

**Loss Chart**
Losses of Susan S. Church in Cocrystal Pharma, Inc. f/k/a/ BioZone Pharmaceuticals, Inc.
(COCP)

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | Susan S. Church | | | | |
| **Company Name** | Cocrystal Pharma, Inc. f/k/a/ BioZone Pharmaceuticals, Inc. | **90 Day Lookback Average** | $2.4910 | **LIFO Loss Total** | $52,204.61 |
| **Ticker Symbol** | COCP | | | ***Dura* LIFO Total** | $52,204.61 |
| **Class Period Start** | 9/23/2013 | | | **Shares Retained** | 4,333 |
| **Class Period End** | 9/7/2018 | | | | |

| Acquisition Date | Quantity of Securities Purchased | Quantity of Securities Adjusted | Price Per Security | Price Per Security Adjusted | Total Cost | Disposition Date | Securities Sold | Actual Sales Price Per Security | Avg. Trading Price on Date of Sale* | Total Proceeds from Sale | Securities Held at Close of Class Period | Per Security Value | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/1/2013 | 80,000 | 2,666.67 | $0.5600 | $16.80 | $44,800.0000 | | | | | $0.0000 | 2,666.67 | 2.491 | $ 6,642.67 | $38,157.33 | $38,157.33 |
| 10/2/2013 | 20,000 | 666.67 | $0.5000 | $15.00 | $10,000.0000 | | | | | $0.0000 | 666.67 | 2.491 | $ 1,660.67 | $8,339.33 | $8,339.33 |
| 10/4/2013 | 8,000 | 266.67 | $0.4750 | $14.25 | $3,800.0000 | | | | | $0.0000 | 266.67 | 2.491 | $ 664.27 | $3,135.73 | $3,135.73 |
| 6/1/2017 | 10,000 | 333.33 | $0.2000 | $6.00 | $2,000.0000 | | | | | $0.0000 | 333.33 | 2.491 | $ 830.33 | $1,169.67 | $1,169.67 |
| 6/1/2017 | 1,800 | 60.00 | $0.2000 | $6.00 | $360.0000 | | | | | $0.0000 | 60.00 | 2.491 | $ 149.46 | $210.54 | $210.54 |
| 6/1/2017 | 5,200 | 173.33 | $0.1971 | $5.91 | $1,024.9200 | | | | | $0.0000 | 173.33 | 2.491 | $ 431.77 | $593.15 | $593.15 |
| 6/2/2017 | 1,000 | 33.33 | $0.2000 | $6.00 | $200.0000 | | | | | $0.0000 | 33.33 | 2.491 | $ 83.03 | $116.97 | $116.97 |
| 6/2/2017 | 4,000 | 133.33 | $0.2047 | $6.14 | $818.8000 | 1/29/2018*** | 0.33 | $16.9697 | | $5.6000 | 133.00 | 2.491 | $ 331.31 | $481.89 | $481.89 |
| **TOTAL:** | **130,000** | **4,333.33** | | | **$63,003.72** | | **-** | | | **$5.60** | **4,333.00** | | **$ 10,793.51** | **$52,204.61** | **$52,204.61** |

\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.
\*\* Disregarding intra-class period gains and losses.
\*\*\* Forced sale due to holding of fractional share.