# EXHIBIT 3

## DECLARATION OF ANDREW LOGIE

I, Andrew Logie, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this Declaration in support of my motion for Lead Plaintiff and Lead Counsel. I received my Bachelors of Science in Petroleum Engineering at Montana Tech, located in Butte, Montana, and I currently am employed as a petroleum engineer. I have been investing in the stock market for at least 15 years.

2. I learned of this case after reading about it on the internet and viewing various notices issued by a number of law firms. After reviewing such notices and law firm websites and consulting with counsel over several days about the case and my transactions in Cocrystal Pharma Inc., I ultimately decided to move forward as lead plaintiff in this action given my substantial financial interest and the merits of the action. I understood that lead plaintiff status was not required for me in order to secure a recovery.

3. Prior to agreeing to be a lead plaintiff, I was aware of the role and the obligations of a lead plaintiff including overseeing the litigation and attorneys. The losses I suffered are material, and if appointed lead plaintiff, I am committed to prosecuting this action to maximize the recovery for all Cocrystal investors.

4. I believe the Rosen firm is qualified to serve as Lead Counsel based on my research of the firm, its experience, and communications with me.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on 11/19/2018 3:05:47 PM PST

*DocuSigned by:*
*Andrew Logie*
—2E070C41E6674AB...

Andrew Logie