# EXHIBIT 4

| Name | Date Purchased | Shares | Price per share | SPLIT 1/30 on January 24, 2018 | SPLIT 1/30 on January 24, 2018 | Total | Date Sold | Shares | Price per Share | SPLIT 1/30 on January 24, 2018 | SPLIT 1/30 on January 24, 2018 | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price | Lookback Price Split 1/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Cocrystal Pharma, Inc. Loss Chart from September 23, 2013 through September 7, 2018 | | | | | | | | | | 2.38375 | 0.079458 |
| Logie, Andrew | 7/3/2018 | 400 | ($3.70) | 13 | ($0.12) | ($1.64) | 5/15/2015 | 40,000 | $1.14 | | | $45,600.00 | | | | | |
| | 6/27/2018 | 1,000 | ($3.60) | 33 | ($0.12) | ($4.00) | 3/25/2015 | 14,000 | $1.01 | | | $14,140.00 | | | | | |
| | 6/25/2018 | 1,000 | ($3.06) | 33 | ($0.10) | ($3.40) | 2/23/2015 | 15,000 | $0.73 | | | $10,950.00 | | | | | |
| | 6/25/2018 | 1,500 | ($3.35) | 50 | ($0.11) | ($5.58) | | | | | | | | | | | |
| | 6/22/2018 | 1,000 | ($3.50) | 33 | ($0.12) | ($3.89) | | | | | | | | | | | |
| | 6/21/2018 | 1,500 | ($4.30) | 50 | ($0.14) | ($7.17) | | | | | | | | | | | |
| | 7/17/2015 | 40,000 | ($0.96) | 40,000 | ($0.96) | ($38,400.00) | | | | | | | | | | | |
| | 5/21/2015 | 3,700 | ($1.15) | 3,700 | ($1.15) | ($4,255.00) | | | | | | | | | | | |
| | 4/24/2015 | 28,000 | ($1.17) | 28,000 | ($1.17) | ($32,760.00) | | | | | | | | | | | |
| | 4/8/2015 | 48,000 | ($1.19) | 48,000 | ($1.19) | ($57,120.00) | | | | | | | | | | | |
| | 4/7/2015 | 14,000 | ($1.35) | 14,000 | ($1.35) | ($18,900.00) | | | | | | | | | | | |
| | 4/1/2015 | 25,000 | ($1.38) | 25,000 | ($1.38) | ($34,500.00) | | | | | | | | | | | |
| | 3/11/2015 | 60,000 | ($1.13) | 60,000 | ($1.13) | ($67,800.00) | | | | | | | | | | | |
| | 3/9/2015 | 49,000 | ($0.98) | 49,000 | ($0.98) | ($48,020.00) | | | | | | | | | | | |
| | 3/9/2015 | 30,000 | ($0.92) | 30,000 | ($0.92) | ($27,600.00) | | | | | | | | | | | |
| | 2/25/2015 | 11,000 | ($1.09) | 11,000 | ($1.09) | ($11,990.00) | | | | | | | | | | | |
| | 2/11/2015 | 26,000 | ($0.75) | 26,000 | ($0.75) | ($19,500.00) | | | | | | | | | | | |
| | 2/9/2015 | 3,000 | ($0.59) | 3,000 | ($0.59) | ($1,770.00) | | | | | | | | | | | |
| | | | | 337,913 | | ($362,640.68) | | 69,000 | | | | $70,690.00 | 268,913 | $21,367.41 | ($270,583.28) | | |