**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*[Proposed]*
*Lead Counsel for Plaintiff and Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY PEPE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COCRYSTAL PHARMA, INC. F/K/A BIOZONE PHARMACEUTICALS, INC., ELLIOT MAZA, GARY WILCOX, JEFFREY MECKLER, GERALD MCGUIRE, JAMES MARTIN, CURTIS DALE, PHILLIP FROST, BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN O'ROURKE III, MARK GROUSSMAN, BRIAN KELLER, AND JOHN H. FORD,<br><br>Defendants. | No.: 2:18-cv-14091-KM-JBC<br><br>**NOTICE OF NON-OPPOSITION TO MOTION OF ANDREW LOGIE TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>CLASS ACTION<br><br>**MOTION DATE: Dec. 17, 2018** |

1

Lead Plaintiff Movant Andrew Logie ("Movant"), by and through his undersigned counsel, files this Notice of Non-Opposition with respect to his pending Motion to Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Counsel ("Motion") filed on November 19, 2018 as Docket No. 6.

On November 29, 2018, competing lead plaintiff movant Susan Church filed a notice of withdrawal of her lead plaintiff motion (Dkt. No. 5).

Accordingly, Movant's Motion is the only lead plaintiff motion currently pending. There is no opposition against Movant's Motion.

Thus, Movant respectfully requests that the Court enter the [Proposed] Order Appointing Lead Plaintiff and Lead Counsel submitted as Docket No. 6-1.

Dated: December 4, 2018        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
609 W. South Orange Avenue, Suite 2P
South Orange, NJ 07079
Telephone: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

 [Proposed]
*Lead Counsel for Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of December 2018, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


                                    /s/ Laurence M. Rosen