

The Rosen Law Firm

INVESTOR COUNSEL

Laurence M. Rosen
lrosen@rosenlegal.com

July 16, 2020

**VIA ECF**

Honorable Kevin McNulty, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    *Pepe v. Cocrystal Pharma, Inc. et al.,* Case No. 18-cv-14091-KM-JBC

Dear Judge McNulty:

      We write jointly with Defendants' counsel to advise the Court that the parties have reached a settlement in principle to resolve the entire action. We respectfully request an order staying the case for 30 days so that we may prepare and file preliminary approval papers.

      We are available to answer any questions that the Court may have.

      Respectfully submitted,

      /s/ Laurence M. Rosen
      Laurence M. Rosen

cc:    All counsel of record (via ECF)

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 07/17/2020**