**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY PEPE, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:18-cv-14091-KM-JBC |
| Plaintiff, | CLASS ACTION |
| v. | **NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** |
| COCRYSTAL PHARMA, INC. F/K/A BIOZONE PHARMACEUTICALS, INC., ELLIOT MAZA, GARY WILCOX, JEFFREY MECKLER, GERALD MCGUIRE, JAMES MARTIN, CURTIS DALE, PHILLIP FROST, BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN O'ROURKE III, MARK GROUSSMAN, BRIAN KELLER, AND JOHN H. FORD, | Motion Day: September 21, 2020 |
| Defendants. | Hon. Kevin McNulty |

**PLEASE TAKE NOTICE** that on September 21, 2020, or as soon thereafter Lead Plaintiff Andrew Logie and Named Plaintiffs Anthony Pepe and Scot Scruta (collectively, "Plaintiffs") may be heard, Plaintiffs will move this Court, the Honorable Kevin McNulty, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey, 07102, for entry of an Order: (i) preliminarily approving the settlement between Plaintiffs and Defendants Cocrystal Pharma, Inc. f/k/a BioZone Pharmaceuticals, Inc. ("Cocrystal"), Elliot Maza, Gary Wilcox, Jeffrey Meckler, Gerald McGuire, James Martin, Curtis Dale, Phillip Frost, Barry C. Honig, John Stetson, Michael Brauser, John O'Rourke III, Mark Groussman, John H. Ford, Brian Keller, Stetson Capital Investments Inc., Grander Holdings, Inc., ATG Capital LLC, and Melechdavid, Inc.; (ii) conditionally certifying the Settlement Class; (iii) approving the notice to the Class and Cocrystal shareholders of the Proposed Settlement; and (iv) scheduling a final approval hearing for a date at the Court's convenience.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation and Agreement of Settlement and Exhibits thereto, the pleadings and records on file in the above-captioned action, and other such matters as the Court may consider at the hearing on this motion.

1

Dated: August 17, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

and

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

and

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and
the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that August 17, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Laurence M. Rosen
Laurence M. Rosen