**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs and the proposed Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY PEPE, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>COCRYSTAL PHARMA, INC. F/K/A BIOZONE PHARMACEUTICALS, INC., ELLIOT MAZA, GARY WILCOX, JEFFREY MECKLER, GERALD MCGUIRE, JAMES MARTIN, CURTIS DALE, PHILLIP FROST, BARRY C. HONIG, JOHN STETSON, MICHAEL BRAUSER, JOHN O'ROURKE III, MARK GROUSSMAN, BRIAN KELLER, AND JOHN H. FORD,<br><br>      Defendants. | Case No. 2:18-cv-14091-KM-JBC<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Hon. Kevin McNulty |

1

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement dated August 18, 2020 ("Preliminary Approval Order") (Dkt. No. 76), on December 16, 2020 at 2:00 p.m., or as soon thereafter as counsel may be heard, at 50 Walnut Street, Courtroom PO 04, Newark, New Jersey 07102, before the Honorable Kevin McNulty, United States District Judge, Lead Plaintiff Andrew Logie and Named Plaintiffs Anthony Pepe and Scot Scruta ("Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, through their undersigned counsel, will respectfully move for final approval of the class action Settlement and Plan of Allocation of Settlement proceeds.

Plaintiffs' motion is based on: (i) a memorandum of law in support; (ii) the Declaration of Laurence M. Rosen in Support of the Motions for: (1) Final Approval of Proposed Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, and the exhibits thereto; (iii) the Stipulation and Agreement of Settlement ("Stipulation"), filed on August 17, 2020 and the exhibits thereto (Dkt. No. 74); and (iv) all other pleadings and matters of record and such additional evidence or arguments as may be presented at the hearing.

The [Proposed] Order and Judgment, negotiated by the Parties and previously attached as Exhibit B to the Stipulation (Dkt. No. 74-6), is submitted herewith.

Dated: November 18, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

and

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

and

Joshua Baker (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 18, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                             /s/ Laurence M. Rosen
                                             Laurence M. Rosen